

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-93,505-01

### EX PARTE GLORIA ELIZABETH ROMERO-PEREZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR2016-659-001 IN THE 207TH DISTRICT COURT FROM COMAL COUNTY

*Per curiam.* KELLER, P.J., dissents. YEARY, J., concurs.

### O P I N I O N

Applicant was convicted of continuous trafficking of persons and sentenced to 25 years' imprisonment. She filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that she was denied her right to an appeal. Based on the record, we find that Applicant was denied an appeal through no fault of her own.

Relief is granted. *Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988); *Jones v. State*, 98 S.W.3d 700 (Tex. Crim. App. 2003). Applicant may file an out-of-time appeal of her conviction in cause number CR2016-659 from the 207th District Court of Comal County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If

Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent her on direct appeal. Should Applicant decide to appeal, she must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: JULY 27, 2022
Do not publish